# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 10, 2024**

SEAN F. McAVOY, CLERK

JOSEPH S.,

*Plaintiff*

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

*Defendant*

Civil Action No. 2:24-cv-00201-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The ALJ's nondisability decision is REVERSED, and this matter is REMANDED to the Commissioner of Social Security for immediate calculation and award of benefits.
The parties' briefs, ECF Nos. 9 and 10, are TERMINATED.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Edward F. Shea

Date: 12/10/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams